## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age: 72 y

Date of Service: 01/09/2007

### IVAN DIAZ, MD - INITIAL VISIT

### CHIEF COMPLAINT:
To establish care.

### HISTORY OF PRESENT ILLNESS:
The patient is a 72-year-old male who presents to the office to establish care. He would like to discuss his medications for diabetes. At this time, he has no voiced complaints.

### REVIEW OF SYSTEMS:
He denies any chest pain, shortness of breath, palpitations, and dyspnea on exertion.

### PAST MEDICAL HISTORY:
1. Coronary artery disease status post coronary artery bypass grafting in June 2006.
2. Diabetes mellitus.
3. Hypercholesteremia.
4. Peptic ulcer disease.

### PAST SURGICAL HISTORY:
Tonsillectomy, right knee replacement, CABG, and cataract surgery.

### ALLERGIES:
Plavix causes rash.

### MEDICATIONS:
1.     Metformin 500 mg p.o. b.i.d.
2.     Nexium 40 mg p.o. daily.
3.     Aspirin 81 mg p.o. daily.
4.     Lipitor 20 mg p.o. daily.
5.     Multivitamins once daily.

### FAMILY HISTORY:
Noncontributory.

### SOCIAL HISTORY:
A 15-pack year history, discontinued in 1963. No alcohol. No illicit drug use. He is truck driver. He is married.

### PHYSICAL EXAMINATION:
### VITAL SIGNS:

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age: 72 y

Date of Service: 01/09/2007

Blood pressure 130/90. Pulse 68. Respirations 16. Weight 238 lbs. Height 5 feet 10 inches.

**GENERAL APPEARANCE:**
The patient is in no acute distress, pleasant and cooperative.

**LUNGS:**
Clear to auscultation bilaterally. No wheezing, no rhonchi, and no rales. Good respiratory effort.

**HEART:**
Regular rate and rhythm. S1 and S2 normal. No murmurs.

**EXTREMITIES:**
There is no lower extremity edema.

**ASSESSMENT/PLAN:**
1.  Diabetes mellitus. Most recent laboratory test revealed a hemoglobin A1c of 6.5, which was in July 2006. He also had an LDL of 71. Preventive labs did not show a recent PSA. I will prefer to have this drawn at this time. For his diabetes, he is to continue current management and in the near future he is to return for general health examination at which time we will recommend further diabetic care which may include diabetic educator ophthalmology podiatry, hemoglobin A1c, urine and microalbumin. The patient verbalized agreement and understanding of the above. He recently had a blood test also that was not available at the visit today and as soon as I obtained these I will make further recommendations. The patient verbalized agreement and understanding of the above.
2.  A brief discussion with the patient regarding a colonoscopy, which he deferred, having scheduled.

**Ivan Diaz, MD**
ID/jlg
Dictated but not read.
dd: 01/09/2007
dt: 02/14/2007
Job# 566058

akp

**CLARK & DAUGHTREY**
MEDICAL GROUP, P.A.

**PHYSICIAN'S OFFICE ORDERS**

PATIENT _William Younger_          MR# _184288_

DATE _1-9-09_          PHYSICIAN _Diaz_

(213)

**DIAGNOSIS**          **PROCEDURES**

1 _250.02_          4 _____          1 _____

2 _____          5 _____          2 _____

3 _____          6 _____          3 _____

**LABS**          **Future Labs**

| | | | | |
|---|---|---|---|---|
| 1 Week | BMP | HCG | HbA1C | LFT |
| 1 Month | CMP | PSA | UA | LIPID |
| 3 Month | CBC | TSH | CREAT | PT/PTT |
| | TSH w/reflex T4 | | LH | FSH |
| Fasting | HSV type I II IgG | | Prolactin | |
| | Serum Testosterone | | | |

**DRAW TODAY**

| | | | |
|---|---|---|---|
| BMP | HCG | HbA1C | LFT |
| CMP | PSA | UA | LIPID |
| CBC | TSH | CREAT | PT/PTT |
| TSH w/reflex T4 | | LH | FSH |
| HSV type I II IgG | | Prolactin | |
| Serum Testosterone | | | |

**Fasting**

**DIAGNOSTIC PROCEDURES**
(Procedures are to be scheduled at C & D unless otherwise directed by MD)

_____ EKG          _____ CXR

_____ XRAY

_____

_____ Bone Density (C & D)

_____ PET Scan (C & D)

_____ CT Scan (C & D)

_____ DOPPLER STUDIES (C & D)

_____ MRI

_____ MRA

_____ MAMMOGRAM (bilat diagnostic)

_____ MAMMOGRAM (screening)

_____ ULTRASOUND

~~Colonoscopy~~ Deferred

**FOLLOW UP VISITS**

_____ Days          _____ Yearly

_2_ Weeks          _____ PRN

_____ Months

CONSULT _____

CONSULT _____

CD 446 10/03

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 284-5941

PatientID: 184288
Patient Name:  WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age: 73 y

Date of Service:  09/24/2007

CORY LORD, A.R.N.P. - CARDIOLOGY FOLLOW-UP

REFERRING PHYSICIAN:  Ibrahim Elkhayat, M.D.

HISTORY OF PRESENT ILLNESS:  Mr. Younger is a 73-year-old male with diabetes, atrial flutter(unknown date of onset - diagnosed 8/31/2007),hypercholesterolemia, coronary artery disease (status post CABG x1 on 6/08/07), but no prior documented hypertension or peripheral vascular disease.

Lipid panel 04/24/06 (on no medications) showed cholesterol 184, TG 56, HDL 40 and LDL 132.9; AST 24, and ALT 21.

Echocardiogram 05/19/06 reveals preserved left ventricular systolic function at 58%; trivial to mild MR; mild TR; trivial AI; mildly elevated PA systolic pressure at 40 mmHg.

Adenosine dual isotope 04/26/06 reveals moderate ischemia indicative of RCA territory disease, normal left ventricular systolic function, EF 50%.

Cardiac catheterization 06/05/06 revealed left main 20% ostial/mid stenosis; left circumflex dominant with diffuse ectasia of the proximal and distal segments with moderate diffuse disease; LAD 90 to 95% eccentric proximal stenosis at the level of the large first septal perforator branch; RCA diffuse ectasia with moderate diffuse disease and a normal left ventricular systolic function EF 65%.  The patient subsequently developed paroxysmal atrial fibrillation and was placed on Amiodarone therapy.

The patient has a history of GI bleed and an EGD on 06/06/06 showed gastritis with a healed gastric ulcer.  The patient was placed on Protonix during hospitalization.

Patient is status post CABG x 1 on 06/08/06.

A flutter, status post ablation 9/10/70, but no prior documented hypertension or peripheral vascular disease.

The patient states in July of 2007when he was in the cab of his truck - he is a truck driver, long distance, and received carbon monoxide intoxication.  The patient was at Dr. Diaz's office for a routine follow-up and was found to be in atrial flutter and was referred here.  The patient denies any chest pain, palpitations, dyspnea, orthopnea, paroxysmal nocturnal dyspnea or lower extremity edema.

Holter monitor 9/04/07 showed atrial flutter in the 40 to 50s with multiple pauses up to 3.0 seconds.

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 284-5941

PatientID: 184288
Patient Name: WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age: 73 y

Date of Service: 09/24/2007

Echocardiogram 9/05/07 showed preserved LV systolic function, EF 50-55% with mild septal wall hypokinesis; mild LVH; dilated LA; mildly dilated aortic root, mild MR/TR; trivial AI.

CT of the head without contrast 9/05/07 showed considerable calcifications of the distal vertebral arteries which what appears to be a small aneurysm of the distal vertebral artery measuring 9 mm in diameter. There was tortuosity of the basilar artery, no foci infarcts identified and mild cerebral atrophy.

Cardiac catheterization 9/08/07 showed preserved LV systolic function, EF 55%; left main 20% ostial mid; left circumflex diffuse ectasia, moderate diffuse disease; LAD 85% proximal to the left of the diagonal and septal perforator branch, diagonal 40% ostial followed by ectasia in the proximal/mid; RCA very tortuous, diffuse ectasia with moderate diffuse disease as before; LIMA to the LAD widely patent; no significant disease.

MRI/MRA of the brain 9/07/07 showed 1.1 cm aneurysm right vertebral artery proximal to the right basilar artery; mild atrophy without definite acute ischemic changes.

TEE 9/10/07 showed low normal LV systolic function EF 50-55%; trivial mitral/tricuspid/aortic regurgitation: GRE network in the right atrium (but normal variant; small left atrial appendage with no evidence of thrombus, no thrombi in the LA, no atrial septal defect or patent foramen ovale; mild plaquing in the descending aorta.

On 9/10/07 the patient underwent atrial flutter ablation by Dr. Carrillo.

At the present time the patient denies exertional type of chest discomfort, dyspnea, orthopnea, paroxysmal nocturnal dyspnea or lower extremity edema.   He does complain of continued headaches.

The patient states his blood pressures elevate in the evening.

The patient states he also would like to change primary care physicians.

**ALLERGIES: Plavix and Clopidogrel (rash and itch).**

MEDICATIONS:
Metformin 500 mg qd; Nexium 40 mg qod; Lipitor 20 mg qd., Lisinopril 20 mg daily, Byetta.

PHYSICAL EXAMINATION:
VITAL SIGNS:                        Weight 226 lbs (last visit 227).  BP 108/90.  Heart rate 60and regular.
                                    Respirations 18 and unlabored.

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 284-5941

PatientID: 184288
Patient Name: WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age: 73 y

Date of Service: 09/24/2007

| | |
|---|---|
| GENERAL APPEARANCE: | Very pleasant, in no acute distress. |
| HEENT: | No xanthelasma or arcus. |
| NECK: | No thyromegaly, lymphadenopathy or carotid bruit. |
| LUNGS: | Clear with no wheezes, rubs or rales. |
| CARDIOVASCULAR: | Well healing sternal incision. |
| EXTREMITIES: | No lower extremity edema. |
| ABDOMEN: | Obese.  No hepatomegaly. |

EKG, 06/26/06: Revealed sinus rhythm with a borderline first-degree A-V block, diffuse ST-T wave changes. Poor R wave progression in the precordial leads.

EKG, 07/28/06: Reveals sinus rhythm with a first-degree A-V block, nonspecific ST-T wave changes.

EKG, 09/5/06: Showed normal sinus rhythm at 60; poor R wave progression in precordial leads; nonspecific ST-T wave changes.

EKG, 08/31/07:  Showed atrial flutter with a controlled ventricular response at 69 beats per minute.  Poor R wave progression.

EKG - 9/24/07 showed sinus rhythm with a first degree AV block, poor R wave progression, nonspecific ST-T wave changes.

IMPRESSION/PLAN:
This is a 72-year-old male with diabetes, hypercholesterolemia, obesity, coronary artery disease and family history for CAD.

The patient is status post CABG times one on 06/08/2006 (LIMA to the LAD).

The patient was found to have a vertebral artery aneurysm by CT of the head on 9/5/07.

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 284-5941

PatientID:  184288
Patient Name:  WILLIAM R YOUNGER
Date of Birth:  09/07/1934
Age:  73 y

Date of Service:  09/24/2007

Patient is status post atrial flutter ablation on 9/10/07.  At the present time the patient maintains sinus rhythm.  In regards to the lisinopril as the patient develops high blood pressure episodes at time, he is advised to changes his lisinopril to 10 mg twice a day versus once a day at 20 mg.

The patient will be referred to Dr. Vida for primary care establishment.  The patient will return in one month's time for further follow-up with an EKG.  He is agreeable to above plan and verbalizes understanding.

Cory Lord, A.R.N.P.                          Sami Baddoura, M.D.,F.A.C.C.

CL/SB/lem
dd:  09/27/07
dt:  09/27/07
Job#727253

Date: 9/24/07

Cardiologist _Cord/Barroura_
___ Consult
___ Followup

## CLARK & DAUGHTREY
### MEDICAL GROUP, P.A.
P.O. Box 2098 • 130 Pablo Street • Lakeland, FL 33806-2098
Telephone (863) 284-5020

Name: _WILLIAM YOUNGER_   Ref. MD: _Diaz_
Age: _73_   Acct. # _184288_   Phone: _863-859-6975_   Family _WIFE_
HT _5'0_   WT _225_   BP _108/90_   HR _60_   Resp _18_   O2 Sat ___

History Notes: _1 wk HF / A. Flutter c EKG_
_pull aflutter ablation_

**TESTS:**

| | | | | | |
|---|---|---|---|---|---|
| ☐ Exercise DI | ☐ EKG | ☐ Segmental Pr./PVR | ☐ CT Head ___Contrast | ☐ MRI Brain | |
| ☐ Adenosine DI | ☐ Holter | ☐ Carotid US | ☐ CT Chest ___Contrast | ☐ MRI Cervical Spine | |
| ☐ Dob. DI | ☐ King of Hearts | ☐ LE Arterial US R/L | ☐ CT Abd ___Contrast | ☐ MRI Lumbar Spine | |
| ☐ MUGA | ☐ Tilt Test | ☐ LE Venous US R/L | ☐ CT Abd/Pelvis ___Contrast | ☐ MRI Shoulder R/L | |
| ☐ GXT | ☐ Pacer/AICD | ☐ UE Venous US R/L | | | |
| | ☐ Bi-V Opt. | ☐ Groin US R/L | ☐ CTA Cors | ☐ MRA Brain | |
| ☐ 2D/Dop Echo | | ☐ Subclavian U/S R/L | ☐ CTA Chest | ☐ MRA Carotid | |
| ☐ 3D/Dop Echo | ☐ CXR | ☐ Aorto-iliac US | ☐ CTA Carotids | ☐ MRA Renals | |
| ☐ Stress Echo | ☐ PFTs | ☐ Renal US | ☐ CTA Renals | ☐ MRA Abd Ao | |
| ☐ Dob. Stress Echo | ☐ ABGs | ☐ Venous Refill | ☐ CTA Run-off | ☐ MRA Run-off | |
| ☐ TEE | ☐ Nocturnal Ox. | | ☐ CTA AAA | | |
| | ☐ Sleep Study | | | | |
| ☐ Coumadin Clinic | | | ☐ Calcium Score | | |

**Dx:** _____   _____   _____   _____

**PROCEDURES:**
Cath   with grafts   R + L Cath   PTCA   Abd Aorta/run-off   Renals   Carotids   Vascular PTA

EPS   RF   Pacer   AICD   Bi-V   Plavix 300mg   ASA 325mg

**LABS:**
CMP   BMP   Mg   B-peptide   CBC   Chol   LFTs   CPK   Thyroid   PT/INR   U/A   Digoxin

**MEDICATIONS:**
___ Continue same meds
① Change Lisinopril to 10mg 1 tablet twice a day
② Please establish 1° MD with Dr. Vida

Completed By: _Donna R Holland UP_   F/U Visit: (MD) 1 month
ARNP
RN

CD 154 8/07

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 284-5941

PatientID: 184288
Patient Name:  WILLIAM R YOUNGER
Date of Birth:  09/07/1934
Age:  72 y

Date of Service:  09/04/2007

CORY LORD, A.R.N.P. - CARDIOLOGY FOLLOW-UP

REFERRING PHYSICIAN:  Ibrahim Elkhayat, M.D.

HISTORY OF PRESENT ILLNESS:  Mr. Younger is a 72-year-old male with diabetes, atrial flutter(unknown date of onset - diagnosed 8/31/2007),hypercholesterolemia, coronary artery disease, status post coronary artery bypass grafting, 06/08/06, by Dr. Sherman, but no prior documented hypertension or peripheral vascular disease.

Lipid panel 04/24/06 (on no medications) showed cholesterol 184, TG 56, HDL 40 and LDL 132.9; AST 24, and ALT 21.

Echocardiogram 05/19/06 reveals preserved left ventricular systolic function at 58%; trivial to mild MR; mild TR; trivial AI; mildly elevated PA systolic pressure at 40 mmHg.

Adenosine dual isotope 04/26/06 reveals moderate ischemia indicative of RCA territory disease, normal left ventricular systolic function, EF 50%.

Cardiac catheterization 06/05/06 revealed left main 20% ostial/mid stenosis; left circumflex dominant with diffuse ectasia of the proximal and distal segments with moderate diffuse disease; LAD 90 to 95% eccentric proximal stenosis at the level of the large first septal perforator branch; RCA diffuse ectasia with moderate diffuse disease and a normal left ventricular systolic function EF 65%.  The patient subsequently developed paroxysmal atrial fibrillation and was placed on Amiodarone therapy.

The patient has a history of GI bleed and an EGD on 06/06/06 showed gastritis with a healed gastric ulcer.  The patient was placed on Protonix during hospitalization.

Patient is status post CABG x 1 on 06/08/06 (LIMA to the LAD done by Dr. Sherman).

Lipid panel 07/12/2006 reveals cholesterol 111, triglycerides 47, HDL 30 and LDL 71.2 (on Lipitor 20 mg qd).

The patient states in July of 2007 when he was in the cab of his truck - he is a truck driver, long distance, and received carbon monoxide intoxication.  The patient was at Dr. Diaz's office for a routine follow-up and was found to be in atrial flutter and was referred here.  The patient denies any chest pain, palpitations, dyspnea, orthopnea, paroxysmal nocturnal dyspnea or lower extremity edema.

The patient was seen by the Coumadin Clinic today and had many numerous questions regarding his medications. He complains of headache - non-specific, as well as trouble with his memory at times.

**CLARK & DAUGHTREY MEDICAL GROUP, P.A.**
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 284-5941

PatientID:  184288
Patient Name:  WILLIAM R YOUNGER
Date of Birth:  09/07/1934
Age:  72 y

Date of Service:  09/04/2007

**ALLERGIES:  Plavix and Clopidogrel (rash and itch).**

*Byetta*

MEDICATIONS:
Metformin 500 mg qd; Nexium 40 mg qod; Lipitor 20 mg qd.   *Lisinopril 20mg*

PHYSICAL EXAMINATION:
VITAL SIGNS:                   Weight 227 lbs (last visit 225).  BP 130/86.  Heart rate 68and regular.
                               Respirations 18 and unlabored.

GENERAL APPEARANCE:            Very pleasant, in no acute distress.

HEENT:                         No xanthelasma or arcus.

NECK:                          No thyromegaly, lymphadenopathy or carotid bruit.

LUNGS:                         Clear with no wheezes, rubs or rales.

CARDIOVASCULAR:                Well healing sternal incision.

EXTREMITIES:                   No lower extremity edema.

ABDOMEN:                       Obese.  No hepatomegaly.

EKG, 06/26/06: Revealed sinus rhythm with a borderline first-degree A-V block, diffuse ST-T wave changes.
Poor R wave progression in the precordial leads.

EKG, 07/28/06: Reveals sinus rhythm with a first-degree A-V block, nonspecific ST-T wave changes.

EKG, 09/5/06: Showed normal sinus rhythm at 60; poor R wave progression in precordial leads; nonspecific ST-
T wave changes.

EKG, 08/31/07:  Showed atrial flutter with a controlled ventricular response at 69 beats per minute.  Poor R wave
progression.

IMPRESSION/PLAN:
This is a 72-year-old male with diabetes, hypercholesterolemia, obesity, coronary artery disease and family
history for CAD.

**CLARK & DAUGHTREY MEDICAL GROUP, P.A.**
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 284-5941

PatientID: 184288
Patient Name:  WILLIAM R YOUNGER
Date of Birth:  09/07/1934
Age:  72 y

Date of Service:  09/04/2007

The patient is status post CABG times one on 06/08/2006 (LIMA to the LAD).

The patient will be undergoing a CT of the head without contrast for further diagnosis of his headaches.  The patient is to continue Coumadin therapy however, since he is a long-distance truck driver he is unable to drive at the present time due to his Coumadin with his age being over 65.   The patient is advised to return on Friday as this will be for follow-up of his Holter as well as Echocardiogram.  Further decisions will follow.

Cory Lord, A.R.N.P.          Sami Baddoura, M.D.,F.A.C.C.
CL/SB/csf
dd:9/04/2007
dt:9/04/2007

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 284-5941

PatientID: 184288
Patient Name:  WILLIAM R YOUNGER
Date of Birth:  09/07/1934
Age:  72 y

Date of Service:  09/05/2007

SAMI K. BADDOURA, M.D. - ECHOCARDIOGRAM

REFERRING PHYSICIAN:  Not given.
ECHO TECHNICIAN:  JT
INDICATIONS:  Atrial flutter.

| (* denotes abnormal values) | |
|---|---|
| Left atrial size | 4.6* |
| LAVI: | --- |
| Aortic root diameter: | 4.2* |
| Left ventricular internal dimension: | |
| end diastole: | 5.1 |
| end systole: | 3.6 |
| Fractional shortening: | 29% |
| Septal wall thickness: | 1.4* |
| Posterior wall thickness: | 1.4* |
| Pericardial effusion: | --- |
| 2D Ejection fraction: | 57% |
| 3D Ejection fraction: | --- |

2-D, Doppler and color flow echocardiographic studies were performed viewing the heart from multiple projections; this study is technically somewhat difficult but adequate.

INTERPRETATION:
1.  Preserved overall LV systolic function with probable mild septal wall hypokinesis; estimated LV ejection fraction of 50-55%.
2.  Mild concentric LVH; LV cavity is upper normal.
3.  No mitral annular calcification, stenosis or prolapse; mild mitral regurgitation; dilated LA.
4.  Aortic valve is thickened with no limitation of excursion; no aortic stenosis (velocity 0.9 m/sec); trivial aortic insufficiency; dilated aortic root at 4.2 cm.
5.  Normal RA/RV size with preserved RV systolic function.
6.  Mild tricuspid regurgitation; unable to estimate PA systolic pressure; no thrombi or vegetations; no significant pericardial effusion.

Page 1 of 2

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.

P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 284-5941

PatientID: 184288
Patient Name: WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age: 72 y

Date of Service: 09/05/2007

CONCLUSIONS:
Technically somewhat difficult but adequate study; preserved overall LV systolic function with mild septal wall hypokinesis (EF 50-55%); mild LVH; dilated LA; mildly dilated aortic root; mild mitral regurgitation; mild tricuspid regurgitation; no MS/AS; trivial aortic insufficiency; no thrombi or vegetations; no significant pericardial effusion.


Sami K. Baddoura, M.D., F.A.C.C./ggs
Dictated but not read
dd: 090607
dt: 090607

Printed information

## Report   YOUNGER, WILLIAM ROBERT   CD CT HEAD/ BRAIN W/O CONTRAST   9/5/2007   CT

WATSON CLINIC
Lakeland, Florida

==================================================================REPORT

==================================================================

Patient Name: YOUNGER, WILLIAM ROBERT
Patient MRN: 00561446
Birth Date: 1934.09.07
Gender: M

Accession Number: 1436305
Exam Requested: C70450 - CD CT BRAIN W/O
Requesting Physician: BADDOURA, SAMI K

Date Scheduled: 2007.09.05
IMPRESSION: IMPRESSION:

Considerable calcification of the distal vertebral arteries with what appears to be a small aneurysm of the distal right vertebral artery. This measures 9 mm in overall diameter. There is some tortuosity of the basilar artery. No posterior fossa infarcts are identified. There is mild cerebral atrophy, but the cerebral hemispheres are otherwise unremarkable.

The mastoids and paranasal sinuses are clear.

Radiological Report :
--------------------
INDICATION: Headaches. Dizziness and memory difficulties.

EXAMINATION:

Serial axial images are obtained from the foramen magnum to the vertex.

FINDINGS:

There is mild widening of the sulci overlying the upper convexities of the cerebral hemispheres. No ventricular dilatation is seen. No density changes are identified in the brain parenchyma to suggest a significant abnormality. No infarcts or other change. The basal ganglia appear to be within normal limits. No increase in atrophy along the medial aspect of the temporal lobes.

Brainstem and cerebellum are unremarkable.

There is considerable calcification of the distal vertebral arteries. There appears a localized aneurysmal dilatation of the distal right vertebral artery. This would appear to measure 9 mm in overall diameter. The basilar artery is somewhat tortuous.

The mastoids and middle ears are clear. The paranasal sinuses are clear. No abnormality of the calvarium.

--------------------
Report Author: ECKELBERG, MERLYN

Creation Date: 2007.09.06
Creation Time: 07:26:14.0000

## Clark & Daughtrey Medical Group
### 2809 South Florida Ave.
### Lakeland, FL 33803
### Phone: (863) 683-5941

| MedRec: 184288 | Accession: L07 46907 | Collecting Tech:MM |
|---|---|---|
| Patient: YOUNGER,WILLIAM R | Account: | Collected: 08/31/2007 at: 13:36 |
| Phone: (863)859-6975 | SSN: 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 | Received: 08/31/2007 |
| Clinician1: BADDOURA MD,SAMI | Sex: M   Race: U | Reported: 09/07/2007 at: 08:34 |
| Clinician2: LORED | DOB: 09/07/1934 | Loc/Rm:LKLAND |

| Test Name | Results | Units | Reference Range | Tech |
|---|---|---|---|---|

Collected: 08/31/2007  13:36        L07 46907

| | | | | AMK |
|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC PANEL** | | | | AMK |
| SODIUM | 136 | Meq/L | 135-148 | AMK |
| POTASSIUM | 4.3 | Meq/L | 3.5-5.2 | AMK |
| CHLORIDE | 106 | Meq/L | 98-108 | AMK |
| CO2 | 26.1 | mmol/L | 21.0-32.0 | AMK |
| ANION GAP | 8.2 | mmol/L | 8.0-18.0 | AMK |
| UREA NITROGEN | H   29 | MG/DL | 7-20 | AMK |
| CREATININE | 1.0 | MG/DL | 0.6-1.3 | AMK |
| BUN/CREATINE RATIO | 29.0 | | 8.0-30.0 | AMK |
| GFR NON AFRICAN AMERICAN | >60 | | 60-99 | AMK |
| GFR AFRICAN AMERICAN | >60 | | 60-99 | AMK |
| GFR Reference Range | | | | MM |

ESTIMATED GLOMERULAR FILTRATION RATE IN ML/MIN/1.73M2
REFERENCE RANGE IS > OR = 60 ML/MIN/1.73M2
CHRONIC KIDNEY DISEASE < 60 ML/MIN/1.73M2
KIDNEY FAILURE  < 15 ML/MIN/1.73M2

| GLUCOSE | H   103 | MG/DL | 70-99 | AMK |
|---|---|---|---|---|
| CALCIUM | L   8.4 | MG/DL | 8.5-10.5 | AMK |
| TOTAL PROTEIN | 6.4 | G/DL | 6.4-8.2 | AMK |
| ALBUMIN | 3.4 | G/DL | 3.2-5.0 | AMK |
| TOTAL BILIRUBIN | 0.7 | MG/DL | 0.0-1.0 | AMK |
| ALK PHOS | 53 | IU/L | 30-136 | AMK |
| AST (GOT) | 22 | IU/L | 5-40 | AMK |
| T (GPT) | L   23 | IU/L | 30-65 | AMK |
| **MAGNESIUM** | 2.1 | MG/DL | 1.7-2.8 | AMK |
| **FREE T-4** | 0.71 | UG/DL | 0.58-1.64 | AMK |
| **TSH** | 1.49 | MIU/ML | 0.47-6.90 | AMK |

| **CBC** | | | | MLS |
|---|---|---|---|---|
| WBC | 7.1 | TH/MM3 | 4.8-10.8 | MLS |
| RBC | 4.94 | MIL/MM3 | 4.70-6.10 | MLS |
| HGB | 15.1 | G/DL | 14.0-18.0 | MLS |
| HCT | 44.4 | % | 42.0-52.0 | MLS |
| MCV | 89.8 | FL | 80.0-94.0 | MLS |
| MCH | 30.4 | PG/MM3 | 27.0-31.0 | MLS |
| MCHC | 33.9 | G/DL | 33.0-37.0 | MLS |
| RDW | 14.1 | | 10.5-14.5 | MLS |
| PLT | 259 | TH/MM3 | 130-400 | MLS |
| LYMPH % | 34.3 | % | 20.5-51.1 | MLS |
| MONOS % | 9.0 | % | 4.5-10.5 | MLS |
| GRAN % | 52.9 | % | 43.4-76.2 | MLS |

# Clark & Daughtrey Medical Group
2809 South Florida Ave.
Lakeland, FL 33803
Phone: (863) 683-5941

| MedRec: **184288** | Accession: **L07 46907** | Collecting Tech:MM |
|---|---|---|
| Patient: **YOUNGER,WILLIAM R** | Account: | Collected: 08/31/2007 at: 13:36 |
| Phone: **(863)859-6975** | SSN: 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 | Received: 08/31/2007 |
| Clinician1: BADDOURA MD,SAMI | Sex: **M**   Race: **U** | Reported: 09/07/2007 at: 08:34 |
| Clinician2: LORED | DOB: **09/07/1934** | Loc/Rm:LKLAND |

| Test Name | Results | | Units | Reference Range | Tech |
|---|---|---|---|---|---|
| EOS % | H | 3.4 | % | 0.9-2.9 | MLS |
| BASO % | | 0.4 | % | 0.2-1.0 | MLS |
| LYMPH # | | 2.4 | | 1.5-4.0 | MLS |
| MONO # | | 0.6 | | 0.2-0.8 | MLS |
| GRAN # | | 3.8 | | 1.2-6.8 | MLS |
| EOS # | | 0.2 | | 0.0-0.2 | MLS |
| BASO # | | 0.0 | % | 0.0-0.1 | MLS |
| | | | | | |
| PROTHROMBIN TIME | | | | | MLS |
| PT PATIENT | | 12.0 | SECS | 11.0-13.0 | MLS |
| PT CONTROL | | 12.8 | SECS | 12.1-13.3 | MLS |
| INR | | 1.04 | | | MLS |

## Physicians Quality Reporting Initiative (PQRI)-Cardiology

*william     younger*                              9,7,34              Male _____ Female **X** _____

Patient's Name                  Medical Record Number         DOB (mm/dd/yy)        Gender

                                                              9-24-07

National Provider Identification (NPI)                        Date of Service

If you are billing one of the below listed services and used one of the indicated diagnoses, please check
applicable items below.

Clinic: 99201 - 99205, 99212 - 99215, 99241 - 99245
Hospital: 99218-99220, 99221-99223, 99231-99233, 99234-99239, 99241-99245, 99251-99255

| Measure 05 | | **Angiotension-Converting Enzyme (ACE) Inhibitor or Angiotensin Receptor Blocker (ARB) Therapy for Left Ventricular Systolic Dysfunction (LVSD)** Patient aged 18 years or older diagnosed with Heart Failure. |
|---|---|---|
| Diagnoses: | | 402.01, 402.11, 402.91, 404.01, 404.03, 404.11, 404.13, 404.91, 404.93, 428.0, 428.1, 428.20, 428.21, 428.22, 428.23, 428.30, 428.31, 428.32, 428.33, 428.40, 428.41, 428.42, 428.43, 428.9 |
| 3022F | | Patient does not have left ventricular systolic dysfunction (LVSD) < 40% or documentation of moderately or severely depressed left ventricular systolic function. IF NO – MEASURE COMPLETE.  REPORT 3022F |
| 3021F | 8P | LVSD Not performed or documented.  IF NOT PERFORMED – MEASURE COMPLETE.  REPORT 3021F 8P. |
| 3021F | | Patient does have left ventricular systolic dysfunction (LVSD) < 40% or documentation of moderately or severely depressed left ventricular systolic function. IF YES – CONTINUE WITH MEASURE. |
| 4009F | | ACE Inhibitor or ARB Therapy was prescribed. |
| 4009F | 1P | ACE Inhibitor or ARB Therapy was not prescribed for one of the following reasons: Medical (e.g. not indicated, contraindicated, other medical reason). |
| 4009F | 2P | ACE Inhibitor or ARB Therapy was not prescribed for one of the following reasons: Patient ( e.g. patient declined, economic, social, religious, other patient reason). |
| 4009F | 3P | ACE Inhibitor or ARB Therapy was not prescribed for one of the following reasons: System ( e.g. resources to perform the services not available, other reason attributable to health care delivery system). |
| 4009F | 8P | ACE Inhibitor or ARB Therapy was not prescribed, reason not otherwise specified. |

1

## Physicians Quality Reporting Initiative (PQRI)-Cardiology

/ /   Male ___ Female ___

Patient's Name    Medical Record Number    DOB (mm/dd/yy)    Gender

National Provider Identification (NPI)    Date of Service

| Measure 06 | **Coronary Artery Disease-Oral Antiplatelet** Patients aged 18 or older who with a diagnosis of coronary artery diseases who was prescribed oral antiplatelet therapy. | |
|---|---|---|
| Diagnoses: | 410.00-410.92, 411.0-411.1, 411.81, 411.89, 412, 413.0, 413.9, 414.00-414.9, V45.81, V45.82 | |
| 4011F | | Oral antiplatelet therapy prescribed (eg, aspirin, clopidogrel/Plavix, or combination of aspirin and dipyridamole/Aggrenox). |
| 4011F | 1P | Documentation of medical reason(s) for not prescribing oral antiplatelet therapy prescribed (eg, aspirin, clopidogrel/Plavix, or combination of aspirin and dipyridamole/Aggrenox). |
| 4011F | 2P | Documentation of patient reason(s) for not prescribing oral antiplatelet therapy prescribed (eg, aspirin, clopidogrel/Plavix, or combination of aspirin and dipyridamole/Aggrenox). |
| 4011F | 3P | Documentation of system reason(s) for not prescribing oral antiplatelet therapy prescribed (eg, aspirin, clopidogrel/Plavix, or combination of aspirin and dipyridamole/Aggrenox). |
| 4011F | 8P | Oral antiplatelet therapy was not prescribed (eg, aspirin, clopidogrel/Plavix, or combination of aspirin and dipyridamole/Aggrenox) not prescribed, reason not otherwise specified. |

| Measure 07 | **Beta-Blocker Therapy for Coronary Artery Disease (CAD) Patients with Prior Myocardial Infarction (MI).** Patient is aged 18 years or older diagnosed with Coronary Artery Disease and prior Myocardial Infarction. | |
|---|---|---|
| Diagnoses: | 410.00, 410.01, 410.02, 410.10, 410.11, 410.12, 410.20, 410.21, 410.22, 410.30, 410.31, 410.32, 410.40, 410.41, 410.42, 410.50, 410.51, 410.52, 410.60, 410.61, 410.62, 410.70, 410.71, 410.72, 410.80, 410.81, 410.82, 410.90, 410.91, 410.92, 411.0, 411.1, 411.81, 411.89, 412, 413.0, 413.1, 413.9, 414.00, 414.01, 414.02, 414.03, 414.04, 414.05, 414.06, 414.07, 414.8, 414.9, V45.81, V45.82 | |
| 4006F | | Beta-Blocker Therapy was prescribed. |
| 4006F | 1P | Beta-Blocker Therapy was not prescribed for one of the following reasons:  Medical (e.g. not indicated, contraindicated, other medical reason). |
| 4006F | 2P | Beta-Blocker Therapy was not prescribed for one of the following reasons:  Patient (e.g. . patient declined, economic, social, religious, other patient reason). |
| 4006F | 3P | Beta-Blocker Therapy was not prescribed for one of the following reasons: System ( e.g. resources to perform the services not available, other reason attributable to health care delivery system). |
| 4006F | 8P | Beta-Blocker Therapy was not prescribed, reason not otherwise specified |

2

## PATIENT ASSESSMENT AND EVALUATION
### Cardiology

Medicare has requested monitoring the following items for all Medicare patients.

Please check all boxes that apply to you.

1. Does patient have left ventricular systolic dysfunction (LVSD) < 40% or Documentation of moderately or severely depressed LVSD?

_____ Yes

_X_ No

2. Was Oral Antiplatelet therapy prescribed for patients with Coronary Artery Disease (CAD) ?

_X_ Yes

_____ No

3. Was a Beta-Blocker Therapy for Coronary Artery Disease (CAD) prescribed for Patients with prior Myocardial Infarction (MI)?

_____ Yes

_____ No

Filename:            PATIENT ASSESSMENT AND EVALUATION_1.doc
       Cardiology.doc
Directory:           U:\User & Doc Folders\Northside\Amys folder U
       drive\PQRI\Cardiology
Template:            C:\Documents and Settings\ATaylor\Application
       Data\Microsoft\Templates\Normal.dot
Title:               PATIENT ASSESSMENT AND EVALUATION
Subject:
Author:              IMAGE1
Keywords:
Comments:
Creation Date:       9/5/2007 3:29 PM
Change Number:       2
Last Saved On:       9/5/2007 3:29 PM
Last Saved By:       ATaylor
Total Editing Time:  1 Minute
Last Printed On:     9/6/2007 12:17 PM
As of Last Complete Printing
       Number of Pages: 1
       Number of Words:     89 (approx.)
       Number of Characters:    510 (approx.)

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

PatientID:  184288
Patient Name:  WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age:  72 y

Date of Service:  10/20/2006

CORY LORD, A.R.N.P. - CARDIOLOGY FOLLOW-UP

REFERRING PHYSICIAN:  Ibrahim Elkhayat, MD

HISTORY OF PRESENT ILLNESS:
Mr. Younger is a 72-year-old male with diabetes, hypercholesterolemia, coronary artery disease, status post coronary artery bypass grafting, 06/08/06, by Dr. Sherman, but no prior documented hypertension or peripheral vascular disease.

Lipid panel 4/24/06 (on no medications) showed cholesterol 184, TG 56, HDL 40 and LDL 132.9; AST 24, and ALT 21.

Echocardiogram 05/19/06 reveals preserved left ventricular systolic function at 58%; trivial to mild MR; mild TR; trivial AI; mildly elevated PA systolic pressure at 40 mmHg.

Adenosine dual isotope 04/26/06 reveals moderate ischemia indicative of RCA territory disease, normal left ventricular systolic function, EF 50%.

Cardiac catheterization 06/05/06 revealed left main 20% ostial/mid stenosis; left circumflex dominant with diffuse ectasia of the proximal and distal segments with moderate diffuse disease; LAD 90 to 95% eccentric proximal stenosis at the level of the large first septal perforator branch; RCA diffuse ectasia with moderate diffuse disease and a normal left ventricular systolic function EF 65%. The patient subsequently developed paroxysmal atrial fibrillation and was placed on Amiodarone therapy.

The patient has a history of GI bleed and an EGD on 06/06/06 showed gastritis with a healed gastric ulcer. The patient was placed on Protonix during hospitalization.

Patient is status post CABG x on 06/08/06 (LIMA to the LAD also done by Dr. Sherman).

Lipid panel 06/08/06 revealed cholesterol 154, triglycerides 114, HDL 33, LDL 98 (patient was recently placed on Lipitor).

Lipid panel 7/12/2006 reveals cholesterol 111, triglycerides 47, HDL 30 and LDL 71.2 (on Lipitor 20 mg qd).

The patient states he has had some episodes of shortness of breath. He states he had a reaction to the Clopidogrel and began to itch. The patient went back on his brand name Plavix, however, he began itching as well. He states he discontinued it altogether.

ALLERGIES:  Plavix and Clopidogrel.

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 683-5941

PatientID: 184288
Patient Name:  WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age:  72 y

Date of Service:  10/20/2006

MEDICATIONS:  Metformin 500 mg q.d; Nexium 40 mg q.o.d; aspirin 81 mg q.d; Lipitor 20 mg q.d.

PHYSICAL EXAMINATION:
VITAL SIGNS:                    Height 5'10", weight 244 (last visit 234 lbs.). BP 178/88, heart rate 71 and
regular, respirations 18 and unlabored.

GENERAL APPEARANCE:     Very pleasant, in no acute distress.

HEENT:                          No xanthelasma or arcus.

NECK:                           No thyromegaly, lymphadenopathy or carotid bruits.

LUNGS:                          Clear with no wheezes, rubs or rales.

CARDIOVASCULAR:            Well healing sternal incision.

EXTREMITIES:                  No lower extremity edema.

ABDOMEN:                       Obese.  No hepatomegaly.

EKG:  6/26/06 revealed sinus rhythm with a borderline first degree AV block, diffuse ST-T wave changes.  Poor
R-wave progression in the precordial leads.

EKG:  7/28/06 reveals sinus rhythm with a first degree AV block, nonspecific ST-T wave changes.

EKG:  9/5/06 showed normal sinus rhythm at 60; poor R wave progression in precordial leads; nonspecific ST-T
wave changes.

IMPRESSION/PLAN:
This is a 72-year-old male with diabetes, hypercholesterolemia, obesity, coronary artery disease and family
history for CAD.

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age: 72 y

Date of Service: 10/20/2006

I have advised the patient to exercise, lose weight, follow a low fat/low cholesterol diet. In regards to his hypertension, he does not wish to initiate any new medications at the present visit. He would like to monitor his blood pressures closely and bring the numbers to his next visit for further evaluation. I have advised him to follow up in one month's time, at which point in time he is agreeable if his blood pressure is elevated to initiate direct therapy.


Cory Lord, A.R.N.P.        Sami Baddoura, M.D.,F.A.C.C.

CL/SB/ads
  dd: 10/26/06
  dt: 10/27/06

Date: _10-20-06_

**CLARK & DAUGHTREY**
MEDICAL GROUP, P.A.

Cardiologist _Lord/Baldoora_ _USA_
P.O. Box 2098 • 130 Pablo Street • Lakeland, FL 33806-2098
— Consult
— Followup                                    Telephone (863) 284-5020

Name: _William Younger_          Ref. MD: _Elkhayat_
                                                          (863) 859-6975
Age: _72_  Acct. # _184288_ _244_     Phone: _178/80_  Family _____
                    HT _5'10"_  WT _(234)_ _234_ BP _178/80_ HR _72_  Resp _18_

History Notes: FU Pt presents c̄ SOB, pt denies cp presently.
Pt states he had reaction to Clopidogrel Bisulfate, pt
broke out in rash, began to itch. Pt went back on Plavix brand,
still c/o itching c̄ Plavix Brand as well. Pt D/c'd Plavix.
Needs Lipitor RX. Conf. meds c̄ pt.

**TESTS Ordered:**

☐ Exercise DI          ☐ GXT               ☐ EKG                ☐ Segmental Pressures/PVR
☐ Adenosine DI        ☐ 2D/Doppler Echo   ☐ Holter             ☐ Carotid Duplex
☐ Dobutamine DI       ☐ Stress Echo       ☐ King of Hearts     ☐ LE Arterial Duplex
☐ MUGA Scan           ☐ TEE               ☐ Tilt Test          ☐ LE Venous Duplex
                      ☐ CXR               ☐ Pacer/AICD Check   ☐ UE Venous Duplex
                      ☐ PFTs              ☐ Coumadin Clinic    ☐ Venous Refill Study
                      ☐ ABGs                                   ☐ Renal Duplex
                      ☐ Nocturnal Oximetry                     ☐ Aorto-iliac Duplex
                                                               ☐ R – groin U/S
○ Hospital                                                     ☐ L – groin U/S

**PROCEDURES Ordered:**
__ Cath __ PTCA __ Runoff __ Renal Angiogram __ Vascular PTA __ EPS __ RF __ Pacer __ AICD

**INDICATIONS:** _____

_____

Date _____

**LABS Ordered:**
__ Chem 7 __ Magnesium __ CBC   __ Lipid Panel __ Liver Panel __ Thyroid Panel __ Homocysteine
Other _____              Date: _____

**MEDICATIONS:**
__ Continue Same Meds       — New Meds ——————— Discontinue ———————
① exercise / lose weight / ↓fat ↓ chol diet
② monitor Blood pressure — Record  bring numbers
to next visit

Completed By: _Sonia Willis, LPN_

F/U Visit:   MD _____
             ARNP _1 month_
             RN _____

CD 154 9/02

# CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age: 71 y

Date of Service: 09/05/2006

SAMI K. BADDOURA, M.D. - CARDIOLOGY FOLLOW-UP

REFERRING PHYSICIAN: Ibrahim Elkhayat, MD

HISTORY OF PRESENT ILLNESS:
Mr. Younger is a 71-year-old male with diabetes, hypercholesterolemia, coronary artery disease, status post coronary artery bypass grafting, 06/08/06, by Dr. Sherman, but no prior documented hypertension or peripheral vascular disease.

Lipid panel 4/24/06 (on no medications) showed cholesterol 184, TG 56, HDL 40 and LDL 132.9; AST 24, and ALT 21.

Echocardiogram 05/19/06 reveals preserved left ventricular systolic function at 58%; trivial to mild MR; mild TR; trivial AI; mildly elevated PA systolic pressure at 40 mmHg.

Adenosine dual isotope 04/26/06 reveals moderate ischemia indicative of RCA territory disease, normal left ventricular systolic function, EF 50%.

Cardiac catheterization 06/05/06 revealed left main 20% ostial/mid stenosis; left circumflex dominant with diffuse ectasia of the proximal and distal segments with moderate diffuse disease; LAD 90 to 95% eccentric proximal stenosis at the level of the large first septal perforator branch; RCA diffuse ectasia with moderate diffuse disease and a normal left ventricular systolic function EF 65%. The patient subsequently developed paroxysmal atrial fibrillation and was placed on Amiodarone therapy.

The patient has a history of GI bleed and an EGD on 06/06/06 showed gastritis with a healed gastric ulcer. The patient was placed on Protonix during hospitalization.

Patient is status post CABG x1 on 06/08/06 (LIMA to the LAD also done by Dr. Sherman).

Lipid panel 06/08/06 revealed cholesterol 154, triglycerides 114, HDL 33, LDL 98 (patient was recently placed on Lipitor).

Lipid panel 7/12/2006 reveals cholesterol 111, triglycerides 47, HDL 30 and LDL 71.2 (on Lipitor 20 mg qd).

The patient feels remarkably better. He denies episodes of chest discomfort, dyspnea, orthopnea, paroxysmal nocturnal dyspnea or lower extremity edema. His blood pressure at home has been well controlled.

ALLERGIES: ~~No known drug allergies.~~ *Plavix, Clopidgrel*

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 683-5941

PatientID: 184288
Patient Name:  WILLIAM R YOUNGER
Date of Birth: 09/07/1934
Age:  71 y

Date of Service: 09/05/2006

MEDICATIONS:  Metformin 500 mg q.d; Nexium 40 mg q.o.d.; aspirin 81 mg q.d; Lipitor 20 mg q.d; Plavix 75 mg q.d.

PHYSICAL EXAMINATION

| | |
|---|---|
| VITAL SIGNS: | Height 5/10", weight 234 (last visit 240 lbs.). BP 150/100, repeated later 138/86. Heart rate 60 and regular, respirations 16 and unlabored. |
| GENERAL APPEARANCE: | Very pleasant, in no acute distress. |
| HEENT: | No xanthelasma or arcus. |
| NECK: | No thyromegaly, lymphadenopathy or carotid bruits. |
| LUNGS: | Clear with no wheezes, rubs or rales. |
| CARDIOVASCULAR: | Well healing sternal incision. |
| EXTREMITIES: | No lower extremity edema. |
| ABDOMEN: | Obese.  No hepatomegaly. |

EKG:  6/26/06 revealed sinus rhythm with a borderline first degree AV block, diffuse ST-T wave changes.  Poor R-wave progression in the precordial leads.

EKG:  7/28/06 reveals sinus rhythm with a first degree AV block, nonspecific ST-T wave changes.

EKG:  9/5/06 showed normal sinus rhythm at 60; poor R wave progression in precordial leads; nonspecific ST-T wave changes.

IMPRESSION/PLAN:
This is a 71-year-old male with diabetes, hypercholesterolemia, obesity, coronary artery disease and family history for CAD.

The patient is fairly stable from a cardiac standpoint.  He continues to be in sinus rhythm.  He will be seen back in the office in four months.

Sami Baddoura, M.D.,F.A.C.C.
SB/ggs  dd: 090506  dt: 101906



## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM YOUNGER
Date of Birth: 09/07/1934
Age: 71 y

Date of Service: 06/27/2006

PHYSICAL EXAMINATION
VITAL SIGNS:  Weight 228 (last visit 240 lbs.); blood pressure 118/62, heart rate 65, respirations 18.

GENERAL APPEARANCE:  Very pleasant, in no acute distress.

HEENT:  No xanthelasma or arcus.

NECK:  No thyromegaly, lymphadenopathy or carotid bruits.

LUNGS:  Clear with no wheezes, rubs or rales.

CARDIOVASCULAR:  Well healing sternal incision.

EXTREMITIES:  No lower extremity edema, phlebitis, clubbing or cyanosis.

ABDOMEN: Obese.  No masses or tenderness.  No hepatomegaly.  Normal bowel sounds.  No bruits.

MUSCULOSKELETAL:  No kyphosis, scoliosis or tenderness.

SKIN:  No stasis dermatitis, ulcers, petechiae or xanthomas.

EKG:  6/26/06 revealed sinus rhythm with a borderline first degree AV block, diffuse ST-T wave changes.  Poor R-wave progression in the precordial leads.

IMPRESSION/PLAN:
This is a 71-year-old male with diabetes, hypercholesterolemia, obesity, coronary artery disease and family history for CAD.

I have spoken at great length with the patient regarding the reasons for his medications.  In regards to his combination of the Lipitor and the Amiodarone, I have advised him that his atrial fibrillation is paroxysmal and he maybe coming off the Amiodarone in the next few months. On today's visit his Amiodarone will be decreased to 100 mg 1 p.o. q.day and a follow up EKG will take place in one month to further evaluate his rhythm. I have also advised him the need for cardiac rehabilitation.  He will be in touch with Watson Clinic Cardiac Rehab and a GXT for entry into rehab may take place if patient is agreeable to sign up.

In regards to his Nexium and Lipitor, at the present time he will continue on these doses, but he is expectantly trying to get off of most of his mediations since he does have a strong desire to follow only homeopathic medications.

I have advised the patient on each medication and its purpose and the rationale behind taking each of these medications and at the present time he is agreeable to follow the medication regimen.

Page 2 of 3

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 683-5941

PatientID:  184288
Patient Name:  WILLIAM  YOUNGER
Date of Birth:  09/07/1934
Age:  71 y

Date of Service:  06/27/2006

Further decisions will be made in one month's time regarding the discontinuation of the Amiodarone as he may change to normal sinus rhythm.  Patient is agreeable to above plan and verbalized understanding.

Cory Lord, A.R.N.P.                       Sami Baddoura, M.D.,F.A.C.C.

CL/SB/lem
dd: 06/27/06
dt:  07/07/06
Job# 555082

Date: 7-28-06          CYR

**CLARK & DAUGHTREY**
MEDICAL GROUP, P.A.

Cardiologist: Lord Baddoura

P.O. Box 2098 • 130 Pablo Street • Lakeland, FL 33806-2098
Telephone (863) 284-5020

___ Consult
_✓_ Followup

Name: William Younger          Ref. MD: Elkayat          DOB: 9/7/34

Age: 71   Acct. # 184288          Phone: 859-6975   Family: Wife

HT 5'10"  WT 240 (228)  BP 114/72  HR 61  Resp 17

History Notes:  1 MTH FU Do EKG

no cardiac complaints

pt wishes to U igitin

**TESTS Ordered:**

| | | | |
|---|---|---|---|
| ☐ Exercise DI | ☐ GXT | ☐ EKG | ☐ Segmental Pressures/PVR |
| ☐ Adenosine DI | ☐ 2D/Doppler Echo | ☐ Holter | ☐ Carotid Duplex |
| ☐ Dobutamine DI | ☐ Stress Echo | ☐ King of Hearts | ☐ LE Arterial Duplex |
| ☐ MUGA Scan | ☐ TEE | ☐ Tilt Test | ☐ LE Venous Duplex |
| | ☐ CXR | ☐ Pacer/AICD Check | ☐ UE Venous Duplex |
| | ☐ PFTs | ☐ Coumadin Clinic | ☐ Venous Refill Study |
| | ☐ ABGs | | ☐ Renal Duplex |
| | ☐ Nocturnal Oximetry | | ☐ Aorto-iliac Duplex |
| | | | ☐ R – groin U/S |
| | | | ☐ L – groin U/S |

○ Hospital

**PROCEDURES Ordered:**
___ Cath ___ PTCA ___ Runoff ___ Renal Angiogram ___ Vascular PTA ___ EPS ___ RF ___ Pacer ___ AICD
**INDICATIONS:**

Date _____

**LABS Ordered:**
___ Chem 7 ___ Magnesium ___ CBC ___ Lipid Panel ___ Liver Panel ___ Thyroid Panel ___ Homocysteine
Other ___          Date: ___

**MEDICATIONS:**
___ Continue Same Meds ___ New Meds ___ Discontinue

① Stop Amiodarone

Completed By: Annie Ma Shields, CPN

CD 154 9/02

F/U Visit: MD EKG 1 month
ARNP ___
RN ___

## CLARK & DAUGHTREY MEDICAL GROUP, P

P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM  YOUNGER
Date of Birth: 09/07/1934
Age: 71 y

Date of Service: 07/26/2006

SAMI K. BADDOURA, M.D. - BRUCE PROTOCOL STRESS TEST

Primary Physician:  Ibrahim S. Elkhayat, M.D.
Cardiologist:     Sami Baddoura, M.D.

Indication:  CAD status post CABG 06/08/06; DOT physical.

1. Patient exercised 1 minutes and 40 seconds into stage 1 of Bruce protocol achie
85 (57% maximum predicted HR) and 4.6 METS.
2. Exercise was terminated because knee pain/fatigue/dyspnea.
3. No chest discomfort.
4. No significant dysrhythmia.
5. Peak BP 146/68.
6. At peak exercise, there was no ischemia EKG response.

CONCLUSIONS:
1. Poor exercise capacity.
2. No chest discomfort.
3. No significant dysrhythmia.
4. No evidence of ischemia by EKG criteria, however submaximal heart rate with
ischemia.

SAMI BADDOURA, M.D., F.A.C.C.
Dictated but not read
SB/sls
dd: 07262006
dt: 07262006

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM YOUNGER
Date of Birth: 09/07/1934
Age: 71 y

Date of Service: 07/26/2006

SAMI K. BADDOURA, M.D. - BRUCE PROTOCOL STRESS TEST

Primary Physician:   Ibrahim S. Elkhayat, M.D.
Cardiologist:      Sami Baddoura, M.D.

Indication: CAD status post CABG 06/08/06; DOT physical.

1. Patient exercised 1 minutes and 40 seconds into stage 1 of Bruce protocol achieving a maximum heart rate of 85 (57% maximum predicted HR) and 4.6 METS.
2. Exercise was terminated because knee pain/fatigue/dyspnea.
3. No chest discomfort.
4. No significant dysrhythmia.
5. Peak BP 146/68.
6. At peak exercise, there was no ischemia EKG response.

CONCLUSIONS:
1. Poor exercise capacity.
2. No chest discomfort.
3. No significant dysrhythmia.
4. No evidence of ischemia by EKG criteria, however submaximal heart rate with decrease sensitivity for ischemia.

SAMI BADDOURA, M.D., F.A.C.C.
Dictated but not read
SB/sls
dd: 07262006
dt: 07262006

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 683-5941

PatientID:  184288
Patient Name:  WILLIAM  YOUNGER
Date of Birth:  09/07/1934
Age:  71 y

Date of Service:  06/27/2006

CORY LORD, A.R.N.P. - CARDIOLOGY FOLLOW-UP

CHIEF COMPLAINT:  Patient is here today for follow-up regarding recent coronary artery bypass grafting.  He states the has multiple questions regarding the use of Lipitor in combination with Amiodarone, as well as he would like to start herbal treatment since the patient has strong belief in homeopathic medications.  Patient and his wife also have questions regarding the Nexium and the reason for the use of this medication.

HISTORY OF PRESENT ILLNESS:
Mr. Younger is a 71-year-old male with diabetes, hypercholesterolemia, coronary artery disease, status post coronary artery bypass grafting, 06/08/06, by Dr. Sherman, but no prior documented hypertension or peripheral vascular disease.

He denies exertional type of chest discomfort, dyspnea, orthopnea, paroxysmal nocturnal dyspnea or lower extremity edema.  He has no prior history of myocardial infarction or CHF.  Lipid panel 4/24/06 (on no medications) showed cholesterol 184, TG 56, HDL 40 and LDL 132.9; AST 24, and ALT 21.

Echocardiogram 05/19/06 reveals preserved left ventricular systolic function at 58%; trivial to mild MR; mild TR; trivial AI; mildly elevated PA systolic pressure at 40 mmHg.

Adenosine dual isotope 04/26/06 reveals moderate ischemia indicative of RCA territory disease, normal left ventricular systolic function, EF 50%.

Cardiac catheterization 06/05/06 revealed left main 20% ostial/mid stenosis; left circumflex dominant with diffuse ectasia of the proximal and distal segments with moderate diffuse disease; LAD 90 to 95% eccentric proximal stenosis at the level of the large first septal perforator branch; RCA diffuse ectasia with moderate diffuse disease and a normal left ventricular systolic function EF 65%.  The patient subsequently developed paroxysmal atrial fibrillation and was placed on Amiodarone therapy.

The patient has a history of GI bleed and an EGD on 06/06/06 showed gastritis with a healed gastric ulcer.  The patient was placed on Protonix during hospitalization.

Patient is status post CABG x1 on 06/08/06 (LIMA to the LAD also done by Dr. Sherman).

Lipid panel 06/08/06 revealed cholesterol 154, triglycerides 114, HDL 33, LDL 98 (patient was recently placed on Lipitor).

ALLERGIES:
No known drug allergies.

MEDICATIONS:  Metformin 500 mg q.d; Nexium 40 mg q.d.; aspirin 81 mg q.day; Amiodarone 200 mg q.day, Lipitor 20 mg q.day and Plavix 75 mg q.day.

**CLARK & DAUGHTREY MEDICAL GROUP, P.A.**
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

*ATTN: Buzz*
*FAX 680-7434*

PatientID: 184288
Patient Name: WILLIAM YOUNGER
Date of Birth: 09/07/1934
Age: 71 y

Date of Service: 06/27/2006

CORY LORD, A.R.N.P. - CARDIOLOGY FOLLOW-UP

CHIEF COMPLAINT: Patient is here today for follow-up regarding recent coronary artery bypass grafting. He states the has multiple questions regarding the use of Lipitor in combination with Amiodarone, as well as he would like to start herbal treatment since the patient has strong belief in homeopathic medications. Patient and his wife also have questions regarding the Nexium and the reason for the use of this medication.

HISTORY OF PRESENT ILLNESS:
Mr. Younger is a 71-year-old male with diabetes, hypercholesterolemia, coronary artery disease, status post coronary artery bypass grafting, 06/08/06, by Dr. Sherman, but no prior documented hypertension or peripheral vascular disease.

He denies exertional type of chest discomfort, dyspnea, orthopnea, paroxysmal nocturnal dyspnea or lower extremity edema. He has no prior history of myocardial infarction or CHF. Lipid panel 4/24/06 (on no medications) showed cholesterol 184, TG 56, HDL 40 and LDL 132.9; AST 24, and ALT 21.

Echocardiogram 05/19/06 reveals preserved left ventricular systolic function at 58%; trivial to mild MR; mild TR; trivial AI; mildly elevated PA systolic pressure at 40 mmHg.

Adenosine dual isotope 04/26/06 reveals moderate ischemia indicative of RCA territory disease, normal left ventricular systolic function, EF 50%.

Cardiac catheterization 06/05/06 revealed left main 20% ostial/mid stenosis; left circumflex dominant with diffuse ectasia of the proximal and distal segments with moderate diffuse disease; LAD 90 to 95% eccentric proximal stenosis at the level of the large first septal perforator branch; RAC diffuse ectasia with moderate diffuse disease and a normal left ventricular systolic function EF 65%. The patient subsequently developed paroxysmal atrial fibrillation and was placed on Amiodarone therapy.

The patient has a history of GI bleed and an EGD on 06/06/06 showed gastritis with a healed gastric ulcer. The patient was placed on Protonix during hospitalization.

Patient is status post CABG x1 on 06/08/06 (LIMA to the LAD also done by Dr. Sherman).

Lipid panel 06/08/06 revealed cholesterol 154, triglycerides 114, HDL 33, LDL 98 (patient was recently placed on Lipitor).

ALLERGIES:
No known drug allergies.

MEDICATIONS: Metformin 500 mg q.d; Nexium 40 mg q.d.; aspirin 81 mg q.day; Amiodarone 200 mg q.day, Lipitor 20 mg q.day and Plavix 75 mg q.day.

Page 1 of 3

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 683-5941

PatientID: 184288
Patient Name:  WILLIAM  YOUNGER
Date of Birth:  09/07/1934
Age:  71 y

Date of Service:  06/27/2006

PHYSICAL EXAMINATION
VITAL SIGNS:   Weight 228 (last visit 240 lbs.); blood pressure 118/62, heart rate 65, respirations 18.

GENERAL APPEARANCE:  Very pleasant, in no acute distress.

HEENT:  No xanthelasma or arcus.

NECK:  No thyromegaly, lymphadenopathy or carotid bruits.

LUNGS:  Clear with no wheezes, rubs or rales.

CARDIOVASCULAR:  Well healing sternal incision.

EXTREMITIES:  No lower extremity edema, phlebitis, clubbing or cyanosis.

ABDOMEN:  Obese.  No masses or tenderness.  No hepatomegaly.  Normal bowel sounds.  No bruits.

MUSCULOSKELETAL:  No kyphosis, scoliosis or tenderness.

SKIN:  No stasis dermatitis, ulcers, petechiae or xanthomas.

EKG:  6/26/06 revealed sinus rhythm with a borderline first degree AV block, diffuse ST-T wave changes.  Poor
R-wave progression in the precordial leads.

IMPRESSION/PLAN:
This is a 71-year-old male with diabetes, hypercholesterolemia, obesity, coronary artery disease and family
history for CAD.

I have spoken at great length with the patient regarding the reasons for his medications.  In regards to his
combination of the Lipitor and the Amiodarone, I have advised him that his atrial fibrillation is paroxysmal and
he maybe coming off the Amiodarone in the next few months.  On today's visit his Amiodarone will be decreased
to 100 mg 1 p.o. q.day and a follow up EKG will take place in one month to further evaluate his rhythm. I have
also advised him the need for cardiac rehabilitation.  He will be in touch with Watson Clinic Cardiac Rehab and a
GXT for entry into rehab may take place if patient is agreeable to sign up.

In regards to his Nexium and Lipitor, at the present time he will continue on these doses, but he is expectantly
trying to get off of most of his mediations since he does have a strong desire to follow only homeopathic
medications.

I have advised the patient on each medication and its purpose and the rationale behind taking each of these
medications and at the present time he is agreeable to follow the medication regimen.

**CLARK & DAUGHTREY MEDICAL GROUP, P.A.**
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 683-5941

PatientID:  184288
Patient Name:  WILLIAM  YOUNGER
Date of Birth:  09/07/1934
Age:  71 y

Date of Service:  06/27/2006

Further decisions will be made in one month's time regarding the discontinuation of the Amiodarone as he may change to normal sinus rhythm.  Patient is agreeable to above plan and verbalized understanding.

Cory Lord, A.R.N.P.                    Sami Baddoura, M.D.,F.A.C.C.

CL/SB/lem
dd:  06/27/06
dt:  07/07/06
Job# 555082

184288

```
┌─────────────────────────────────┐
│  Transmission Report            │
└─────────────────────────────────┘
```

Date/Time                                    7-25-06; 3:42PM
Local ID                                     8632845087
Local Name                                   Cardiology
Company Logo                                 Clark&Daughtrey

# This document was confirmed.
## (reduced sample and details below)
## Document Size   Letter-S

---

**CLARK & DAUGHTREY MEDICAL GROUP, P.A.**
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM YOUNGER
Date of Birth: 09/07/1934
Age: 71 y

ATTN: Buzz
FAX 680-7434

Date of Service: 06/27/2006

CORY LORD, A.R.N.P. - CARDIOLOGY FOLLOW-UP

CHIEF COMPLAINT: Patient is here today for follow-up regarding recent coronary artery bypass grafting. He states he has multiple questions regarding the use of Lipitor in combination with Amiodarone, as well as he would like to start herbal treatment since the patient has strong belief in homeopathic medications. Patient and his wife also have questions regarding the Nexium and the reason for the use of this medication.

HISTORY OF PRESENT ILLNESS:
Mr. Younger is a 71-year-old male with diabetes, hypercholesterolemia, coronary artery disease, status post coronary artery bypass grafting, 06/08/06, by Dr. Sherman, but no prior documented hypertension or peripheral vascular disease.

He denies exertional type of chest discomfort, dyspnea, orthopnea, paroxysmal nocturnal dyspnea or lower extremity edema. He has no prior history of myocardial infarction or CHF. Lipid panel 4/24/06 (on no medications) showed cholesterol 184, TG 56, HDL 40 and LDL 132.9; AST 24, and ALT 21.

Echocardiogram 05/19/06 reveals preserved left ventricular systolic function at 58%; trivial to mild MR; mild TR; trivial AI; mildly elevated PA systolic pressure at 40 mmHg.

Adenosine dual isotope 04/26/06 reveals moderate ischemia indicative of RCA territory disease, normal left ventricular systolic function, EF 50%.

Cardiac catheterization 06/05/06 revealed left main 20% ostial/mid stenosis; left circumflex dominant with diffuse disease of the proximal and distal segments with moderate diffuse disease; LAD 90 to 95% concentric proximal stenosis at the level of the large first septal perforator branch; RAC diffuse ectasia with moderate diffuse disease and a normal left ventricular systolic function EF 65%. The patient subsequently developed paroxysmal atrial fibrillation and was placed on Amiodarone therapy.

The patient has a history of GI bleed and an EGD on 06/06/06 showed gastritis with a healed gastric ulcer. The patient was placed on Protonix during hospitalization.

Patient is status post CABG x1 on 06/08/06 (LIMA to the LAD also done by Dr. Sherman).

Lipid panel 06/03/06 revealed cholesterol 154, triglycerides 114, HDL 33, LDL 98 (patient was recently placed on Lipitor).

ALLERGIES:
No known drug allergies.

MEDICATIONS: Metformin 500 mg q.d; Nexium 40 mg q.d.; aspirin 81 mg q.day; Amiodarone 200 mg q.day, Lipitor 20 mg q.day and Plavix 75 mg q.day.

Page 1 of 3

---

Total Pages Scanned : 3  Total Pages Confirmed : 3

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|-----|-----|----------------|------------|----------|-------|------|----------|---------|
| 1 | 900 | 96807434 | 7-25-06; 3:41PM | 44" | 3/  3 | EC | | CP 28.8 |

Notes :
EC: Error Correct        RE: Resend                PD: Polled by Remote      MB: Receive to Mailbox
BC: Broadcast Send       MP: Multi-Poll            PG: Polling a Remote       PI: Power Interruption
CP: Completed            RM: Receive to Memory     DR: Document Removed       TM: Terminated by user
HS: Host Scan            HP: Host Print            FO: Forced Output          WT: Waiting Transfer
HF: Host Fax             HR: Host Receive          FM: Forward Mailbox Doc.   WS: Waiting Send

**CLARK & DAUGHTREY**
MEDICAL GROUP, P.A.

P.O. Box 2098 • 130 Pablo Street • Lakeland, FL 33806-2098
Telephone (863) 284-5020

Date: 9-5-06

Cardiologist: Baddour

☐ Consult
☑ Followup

Name: William Younger          Ref. MD: Elkayakt

Age: 71   Acct. # 184288        Phone: 859-0975   Family 0

HT 510   WT 234 (240)   BP 150/100   HR 60   Resp 110
                               80

History Notes: Mth FU w/ lab EKG + Lab sched 8/28 No Show

130'/80'/

138/86

**TESTS Ordered:**

☐ Exercise DI          ☐ GXT              ☐ EKG               ☐ Segmental Pressures/PVR
☐ Adenosine DI         ☐ 2D/Doppler Echo  ☐ Holter            ☐ Carotid Duplex
☐ Dobutamine DI        ☐ Stress Echo      ☐ King of Hearts    ☐ LE Arterial Duplex
☐ MUGA Scan            ☐ TEE              ☐ Tilt Test         ☐ LE Venous Duplex
                       ☐ CXR              ☐ Pacer/AICD Check  ☐ UE Venous Duplex
                       ☐ PFTs             ☐ Coumadin Clinic   ☐ Venous Refill Study
                       ☐ ABGs                                 ☐ Renal Duplex
                       ☐ Nocturnal Oximetry                   ☐ Aorto-iliac Duplex
                                                              ☐ R – groin U/S
○ Hospital                                                    ☐ L – groin U/S

**PROCEDURES Ordered:**
__ Cath __ PTCA __ Runoff __ Renal Angiogram __ Vascular PTA __ EPS __ RF __ Pacer __ AICD

**INDICATIONS:**
_____ _____ _____
_____ _____ _____

Date _____

**LABS Ordered:**
__ Chem 7 __ Magnesium __ CBC __ Lipid Panel __ Liver Panel __ Thyroid Panel __ Homocysteine
Other _____      Date: _____

**MEDICATIONS:**
__ Continue Same Meds __ New Meds _____      __ Discontinue
_____ _____ _____
_____ _____ _____
_____ _____ _____

Completed By: Adalea Guep, CNA          F/U Visit:   MD _____  4 months
CD 154 9/02                                          ⬭ARNP
                                                      RN _____



Name: WILLIAM YOUNGER
ID: 184288
Sex: Male
Weight: lbs
Height: inches
Age: 71 Years
Comments: Unconfirmed Report

Midmark Diagnostics Group
Req. Physician: BADDOURA
Technician: ACRUZ
History:
Medication:
Date of Report: 09/05/06
Reviewed By:
Review Date:

10:51:43

| | | BPM | |
|---|---|---|---|
| Rate: | 60 | | |
| PR: | - | msec | |
| QT/QTc: | 416/416 | msec | |
| QRSD: | 98 | msec | |
| P Axis: | - | | |
| QRS Axis: | 77 | | |
| T Axis: | 90 | | |

Interpretation:
Undetermined Bradycardia
-Poor R-wave progression -may be secondary to
pulmonary disease consider old anterior infarct.
- Nonspecific T-abnormality.
Low voltage -possible pulmonary disease.

ABNORMAL

Page 1 of 1

Version 6.3.3          ECG Analysis Ver. 6.3.0

Midmark Diagnostics Group          Print Date 09/05/06   10:51:48

Speed:25 mm/sec Gain:10 mm/mv MYO:ON AC:ON DRIFT:ON

**CLARK & DAUGHTREY MEDICAL GROUP, P.A.**
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL 33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM YOUNGER
Date of Birth: 09/07/1934
Age: 71 y

Date of Service: 07/28/2006

CORY LORD, A.R.N.P. - CARDIOLOGY FOLLOW-UP

CHIEF COMPLAINT:
Patient is here today for follow-up regarding change in medications. He states that he was just recently released to drive for the DOT for the next year, according to his stress test. He still is hesitant to take his Plavix and Lipitor, however he is doing so at the present time.

HISTORY OF PRESENT ILLNESS:
Patient is here today for follow-up regarding recent coronary artery bypass grafting. He states the has multiple questions regarding the use of Lipitor in combination with Amiodarone, as well as he would like to start herbal treatment since the patient has strong belief in homeopathic medications. Patient and his wife also have questions regarding the Nexium and the reason for the use of this medication.

Mr. Younger is a 71-year-old male with diabetes, hypercholesterolemia, coronary artery disease, status post coronary artery bypass grafting, 06/08/06, by Dr. Sherman, but no prior documented hypertension or peripheral vascular disease.

He denies exertional type of chest discomfort, dyspnea, orthopnea, paroxysmal nocturnal dyspnea or lower extremity edema. He has no prior history of myocardial infarction or CHF. Lipid panel 4/24/06 (on no medications) showed cholesterol 184, TG 56, HDL 40 and LDL 132.9; AST 24, and ALT 21.

Echocardiogram 05/19/06 reveals preserved left ventricular systolic function at 58%; trivial to mild MR; mild TR; trivial AI; mildly elevated PA systolic pressure at 40 mmHg.

Adenosine dual isotope 04/26/06 reveals moderate ischemia indicative of RCA territory disease, normal left ventricular systolic function, EF 50%.

Cardiac catheterization 06/05/06 revealed left main 20% ostial/mid stenosis; left circumflex dominant with diffuse ectasia of the proximal and distal segments with moderate diffuse disease; LAD 90 to 95% eccentric proximal stenosis at the level of the large first septal perforator branch; RCA diffuse ectasia with moderate diffuse disease and a normal left ventricular systolic function EF 65%. The patient subsequently developed paroxysmal atrial fibrillation and was placed on Amiodarone therapy.

The patient has a history of GI bleed and an EGD on 06/06/06 showed gastritis with a healed gastric ulcer. The patient was placed on Protonix during hospitalization.

Patient is status post CABG x1 on 06/08/06 (LIMA to the LAD also done by Dr. Sherman).

Lipid panel 06/08/06 revealed cholesterol 154, triglycerides 114, HDL 33, LDL 98 (patient was recently placed on Lipitor).
Lipid panel 7/12/2006 reveals cholesterol 111, triglycerides 47, HDL 30 and LDL 71.2 (on Lipitor 20 mg qd).

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 683-5941

PatientID: 184288
Patient Name: WILLIAM  YOUNGER
Date of Birth: 09/07/1934
Age: 71 y

Date of Service: 07/28/2006

ALLERGIES:  No known drug allergies.

MEDICATIONS:  Metformin 500 mg q.d; Nexium 40 mg q.d.; aspirin 81 mg q.d; Amiodarone 100 mg q day, Lipitor 20 mg q.d and Plavix 75 mg q.d.

PHYSICAL EXAMINATION
VITAL SIGNS:               Weight 240 (last visit 228 lbs.); BP 114/72, heart rate 61, respirations 17.
GENERAL APPEARANCE:  Very pleasant, in no acute distress.
HEENT:                        No xanthelasma or arcus.
NECK:                          No thyromegaly, lymphadenopathy or carotid bruits.
LUNGS:                        Clear with no wheezes, rubs or rales.
CARDIOVASCULAR:        Well healing sternal incision.
EXTREMITIES:               No lower extremity edema, phlebitis, clubbing or cyanosis.
ABDOMEN:                    Obese. No masses, tenderness. No hepatomegaly. Normal bowel sounds. No
                                    bruits.
MUSCULOSKELETAL:     No kyphosis, scoliosis or tenderness.
SKIN:                          No stasis dermatitis, ulcers, petechiae or xanthomas.

EKG:  6/26/06 revealed sinus rhythm with a borderline first degree AV block, diffuse ST-T wave changes.  Poor R-wave progression in the precordial leads.

EKG: 7/28/06 reveals sinus rhythm with a first degree AV block, nonspecific ST-T wave changes.

IMPRESSION/PLAN:
This is a 71-year-old male with diabetes, hypercholesterolemia, obesity, coronary artery disease and family history for CAD.

I have spoken at great length regarding his medications and the need for statin therapy and Plavix therapy in view of his CAD.  The patient will continue his current medication regimen with the deletion of Amiodarone.  He is in sinus rhythm today.  He will stop the Amiodarone and return in one months time for an EKG at that visit to see if he maintains sinus rhythm.  Patient is agreeable to above plan and verbalized understanding.


Cory Lord, A.R.N.P.                    Sami Baddoura, M.D.,F.A.C.C.

CL/SB/gmn
dd: 07/28/06
dt: 07/29/06

## CLARK & DAUGHTREY MEDICAL GROUP, P.A.
P.O. BOX 2098, 130 Pablo Street
Lakeland, FL  33806-2098
(863) 683-5941

PatientID: 184288
Patient Name:  WILLIAM  YOUNGER
Date of Birth:  09/07/1934
Age:  71 y

Date of Service:  06/27/2006

CORY LORD, A.R.N.P. - CARDIOLOGY FOLLOW-UP

CHIEF COMPLAINT:  Patient is here today for follow-up regarding recent coronary artery bypass grafting.  He states the has multiple questions regarding the use of Lipitor in combination with Amiodarone, as well as he would like to start herbal treatment since the patient has strong belief in homeopathic medications.  Patient and his wife also have questions regarding the Nexium and the reason for the use of this medication.

HISTORY OF PRESENT ILLNESS:
Mr. Younger is a 71-year-old male with diabetes, hypercholesterolemia, coronary artery disease, status post coronary artery bypass grafting, 06/08/06, by Dr. Sherman, but no prior documented hypertension or peripheral vascular disease.

He denies exertional type of chest discomfort, dyspnea, orthopnea, paroxysmal nocturnal dyspnea or lower extremity edema.  He has no prior history of myocardial infarction or CHF.  Lipid panel 4/24/06 (on no medications) showed cholesterol 184, TG 56, HDL 40 and LDL 132.9; AST 24, and ALT 21.

Echocardiogram 05/19/06 reveals preserved left ventricular systolic function at 58%; trivial to mild MR; mild TR; trivial AI; mildly elevated PA systolic pressure at 40 mmHg.

Adenosine dual isotope 04/26/06 reveals moderate ischemia indicative of RCA territory disease, normal left ventricular systolic function, EF 50%.

Cardiac catheterization 06/05/06 revealed left main 20% ostial/mid stenosis; left circumflex dominant with diffuse ectasia of the proximal and distal segments with moderate diffuse disease; LAD 90 to 95% eccentric proximal stenosis at the level of the large first septal perforator branch; RAC diffuse ectasia with moderate diffuse disease and a normal left ventricular systolic function EF 65%.  The patient subsequently developed paroxysmal atrial fibrillation and was placed on Amiodarone therapy.

The patient has a history of GI bleed and an EGD on 06/06/06 showed gastritis with a healed gastric ulcer.  The patient was placed on Protonix during hospitalization.

Patient is status post CABG x1 on 06/08/06 (LIMA to the LAD also done by Dr. Sherman).

Lipid panel 06/08/06 revealed cholesterol 154, triglycerides 114, HDL 33, LDL 98 (patient was recently placed on Lipitor).

ALLERGIES:
No known drug allergies.

MEDICATIONS:  Metformin 500 mg q.d; Nexium 40 mg q.d.; aspirin 81 mg q.day; Amiodarone 200 mg q.day, Lipitor 20 mg q.day and Plavix 75 mg q.day.