Younger vs. Love's Travel Stops
Case No.: 8:06-cv-2379-RAL-MAP

# Exhibit E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:06-cv-02379-RAL-MAP

WILLIAM YOUNGER,

    Plaintiff,

v.

LOVE'S TRAVEL STOPS & COUNTRY
STORES, INC., an Oklahoma Corporation,

    Defendant.
_____/

## DEFENDANT'S THIRD CORRECTED NOTICE OF TAKING VIDEOTAPED DEPOSITION OF PLAINTIFF NANCY TAMARA YOUNGER
(resets deposition of October 22, 2007)

To:    Cynthia Mitchell, Esq.
        Aurilio & Associates, P.A.
        3307 Northlake Boulevard
        Suite 105
        Palm Beach Gardens, FL 33403

**PLEASE TAKE NOTICE** that Defendant, Love's Travel Stops & Country Stores, Inc., will take the videotaped deposition of **Nancy Tamara Younger**, beginning at **2:00 p.m.** on **Monday, October 29, 2007**, at the offices of **Ford & Harrison LLP**, located at **101 E. Kennedy Boulevard, Suite 900, Tampa, FL 33602**, before a duly designated representative who is not of counsel to the parties or interested in the event or cause, upon oral examination for discovery, for use at trial, and for any other purpose permitted under the Federal Rules of Civil Procedure. The taking of this deposition shall

be recorded by stenographic means and may be recorded in whole or in part by videotape and shall continue from day to day until completed.

**Please conduct yourself accordingly.**

Respectfully submitted,

By: _____
Elizabeth M. Rodriguez
FBN. 821690
erodriguez@fordharrison.com
Ford & Harrison LLP
Bank of America Tower
100 S.E. 2nd Street
Suite 4500
Miami, FL 33131
(305) 808-2143
(305) 808-2101 - facsimile
Attorneys for Defendant

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Defendant's Third Corrected Notice of Taking Videotaped Deposition of Plaintiff Nancy Tamara Younger has been served via facsimile and U.S. Mail to: Cynthia K. Mitchell, Esq., Aurilio & Associates, P.A., 3307 Northlake Boulevard, Suite 105, Palm Beach Gardens, FL 33403, this 19th day of October 2007.

By: _____
Elizabeth M. Rodriguez

cc: Esquire Deposition Services (via facsimile)
Miami:88535.1