UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM R. YOUNGER,

    Plaintiff,

v.                                        CASE NO: 8:06-cv-2379-T-26-MAP

LOVE'S TRAVEL STOPS & COUNTRY
STORES, INC.,

    Defendant.
_____/

**O R D E R**

The Court has been informed that Plaintiff is deceased. Accordingly, because Plaintiff is only seeking injunctive relief pursuant to 42 U.S.C. § 12181, *et seq.*,[1] Plaintiff's counsel shall show cause in writing on or before 12 noon, Wednesday, April 2, 2008, as to why this case should not be dismissed because Plaintiff's ADA claim cannot survive his death. See Lumley v. Landmark Chevrolet, Inc., 122 F.3d 308, 312 (5th Cir. 1997).

**DONE AND ORDERED** at Tampa, Florida, on April 1, 2008.

                                                  s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] See complaint at docket 1 (page 1, paragraph 1 and page 7, paragraphs 23 and *ad damnum* clause).